# ALABAMA COURT OF CRIMINAL APPEALS



October 10, 2025

**CR-2025-0026**
Timothy Keith Clark v. State of Alabama (Appeal from Butler Circuit Court:  CC-17-14.60)

## NOTICE

You are hereby notified that on October 10, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk